UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DALTON HILL and SARAH HILL, )
)
Plaintiffs, )
)
v. ) No. 3:14-CV-96-PLR-HBG
)
BLOUNT COUNTY BOARD OF EDUCATION, )
)
Defendant. )
)

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

The parties appeared before the Court on August 13, 2015, for a discovery-dispute conference pursuant to Section 3(j) of the Scheduling Order [Doc. 47]. Based upon the parties' submissions, concessions at the conference, and stated positions, the Court finds and orders as follows:

1. Interrogatory No. 23: The Plaintiffs have agreed to respond to this interrogatory by stating the persons they know and stating their relationship to the same.

2. Interrogatory No. 8: The Plaintiffs have stated that they intend to continue to rely on their general answer of "all" activities. They have been advised that if they rely on such a general answer they may not present testimony regarding specific activities from which they were excluded or from which their enjoyment was diminished to later defeat summary judgment or at trial. The Plaintiffs shall supplement this answer to reflect an answer for both Plaintiffs and to add any specific examples on which they intend to rely.

3. <u>Interrogatory No. 12</u>: Plaintiffs' answers are sufficient, except that if the Plaintiffs have no additional information – *e.g.* dates, months, etc. – then they shall state the same.

4. <u>Interrogatory No. 13</u>: Plaintiffs have agreed to supplement their responses with specific information that they may have.

5. <u>Interrogatory No. 14</u>: Plaintiffs' answers are sufficient.

6. <u>Interrogatory No. 15</u>: Plaintiffs will supplement their answers. Specifically, they will answer the question posed by this interrogatory as it differs from Interrogatory No. 14.

7. <u>Interrogatory No. 16</u>: Plaintiffs' answers are sufficient.

8. <u>Interrogatory No. 17</u>: Plaintiffs will supplement their answers and include any specific information they have.

9. <u>Interrogatory No. 18</u>: Plaintiffs will supplement their answers to identify any comparators on which they intend to rely.

10. <u>Document Request No. 2</u>:

    a. Plaintiffs shall identify the social media services they used during the relevant period, the dates of use, and their usernames for each platform.

    b. If Defendant intends to pursue production of Plaintiffs' social media through its requests to the Plaintiffs, Defendant is given permission to file a motion to compel on this issue. Any motion to compel shall be filed on or before **September 18, 2015,** and shall cite the specific information sought by the Defendants, identify any temporal limitations, and cite any relevant case law on which the Defendant relies both with regard to the appropriate scope of social media production and the means of obtaining the social media data. If Defendant files a motion, it will be briefed under the schedule contained in Local Rule 7.1.

11. Document Request No. 3:

    a. Plaintiffs shall identify the telephone numbers they used during the relevant period, the dates of use for each number, and the carriers through which they obtained the service.

    b. If Defendant intends to pursue production of Plaintiffs' telephone information and text messages through its requests to the Plaintiffs, Defendant is given permission to file a motion to compel on this issue. Any motion to compel shall be filed on or before **September 18, 2015,** and shall cite the specific information sought by the Defendants, identify any temporal limitations, and cite any relevant case law on which the Defendant relies both with regard to the appropriate scope of social media production and the means of obtaining the social media data. If Defendant files a motion, it will be briefed under the schedule contained in Local Rule 7.1.

12. Request No. 5: Plaintiffs shall provide a computation of damages and all documents supporting this computation of damages.

13. Request No. 10: Plaintiffs shall supplement their responses.

14. Request No. 11: Plaintiffs shall supplement their responses.

15. Plaintiffs shall supplement their answers and responses to the extent stated above on or before **September 4, 2015.**

16. The parties shall confer about whether an agreed protective order would be appropriate in this case on or before **August 28, 2015**.

17. To the extent the parties seek to modify any dates or deadlines contained in the Scheduling Order based upon the Court's rulings above, they shall file a motion to

continue or motion to modify scheduling order presenting the issue for decision by the District Judge or the undersigned.

**IT IS SO ORDERED.**

                        ENTER:

                        */s/ Bruce Guyton*
                        United States Magistrate Judge